IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

Vs.   COURT NO. 4:06-MJ- 94   (GMF)

CHRISTOPHER B. BOYD

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

VIOLATION NO. A2231251

That on or about April 27, 2006, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, CHRISTOPHER B. BOYD, did unlawfully take and carry away with intent to steal and purloin one (1) candy bar; of the goods and property of the Army and Air Force Exchange Service, in violation of Title 18, United States Code Section 641.

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

BY: STUART D. ALCORN
SPECIAL ASSISTANT UNITED STATES ATTORNEY